IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RALPH LEWIS FULWIDER, )
      Plaintiff, )
 )
vs. ) Case No.   13-cv-1220-SCW
 )
AIR & LIQUID SYSTEMS, CORP., as )
Successor-by-merger, to BUFFALO PUMPS, )
INC., et al., )
 )
      Defendants.

## ORDER

**WILLIAMS, Magistrate Judge:**

This case is before the Court for the purposes of docket control.   The court now takes up the pending Notices of Voluntary Dismissal of certain Defendants.

Plaintiff has filed a Notice of Voluntary Dismissal as to Defendant Foseco, Inc., (Doc. 492) and Defendant Young Insulation Group of St. Louis, Inc. (Doc. 493).   Although each Notice states that each party is being dismissed pursuant to **Fed. R. Civ. P. 41(a)(1)(A)(i)**, a plaintiff may only file a notice pursuant to that rule prior to a responsive pleading being served.   Here, Foseco has a Motion to Dismiss for Lack of Jurisdiction (Doc. 24) pending, which this Court takes as a responsive pleading.   Young Insulation Group of St. Louis filed both an Answer (Doc. 135) and a Motion to Dismiss (Doc. 136).   Because it appears that all the Defendants here have responded to the Complaint, the Court will consider the Notice of Dismissal pursuant to **Fed. R. Civ. P. 41(a)(2).**

The Federal Rules of Civil Procedure allow a party to move for dismissal "on terms the court considers proper." **Fed. R. Civ. P. 41(a)(2).**   Dismissal under Rule 41(a)(2) is within the sound discretion of the court.   *Tyco Laboratories, Inc. v. Kopper Co. Inc.*, **627 F.2d 54, 56 (7th Cir. 1980).**   The relevant inquiry is whether the dismissal would prejudice the non-moving parties.

*Wojtas v. Capital Guardian Trust Co.*, **477 F.3d 924, 927 (7th Cir. 2007).**

No party has objected or alleged any prejudice, and the Court cannot find any prejudice that would be caused by the dismissal. This case is still in its early stages. Additionally, the course of asbestos litigation frequently dismisses defendants as a result of discovery as the case progresses. Therefore, these Defendants will be dismissed. Foseco's Motion to Dismiss for Lack of Jurisdiction (Doc. 24) is **MOOT.** Young Insulation's Motion to Dismiss Counts V and VI (Doc. 136) is **MOOT.**

Defendants Foseco, Inc. and Young Insulation Group of St. Louis, Inc. are **DISMISSED without prejudice**. All parties to bear their own costs.

**IT IS SO ORDERED**.
DATED: May 15, 2014.

*/s/ Stephen C. Williams*
STEPHEN C. WILLIAMS
United States Magistrate Judge