IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RALPH LEWIS FULWIDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   13-cv-1220-SCW |
| | ) | |
| AERCO International, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

**WILLIAMS, Magistrate Judge:**

Before the Court are stipulations of dismissals against various Defendants filed by Plaintiff Ralph Lewis Fulwider.  Specifically, Fulwider has filed stipulations of dismissals for Defendants AERCO International, Inc. (Doc. 582), Ajax Magnethermic Corp. (583), ArvinMeritor, Inc. (584), Baltimore Aircoil Company (585), Bechtel Construction (586), Bonney Forge Corp. (587), Brand Insulations, Inc. (588), Carboline Company (589), Chicago Bridge & Iron Company (590), Compudyne Corp. (591), Dewitt Products, Co. (592), Dravo Corp. (593), Ferro Engineering (594), Ford Motor Company (595), Graybar Electric Company (596), Grimes Aerospace Corp (597), Hennessy Industries, Inc. (598), Homasote Company (599), Honeywell, Inc. (600), Johnston Boiler Company (601), KCG, Inc. (602), Kvaerner U.S., Inc. (603), Lattner Boiler Company (604), Lier Siegler Diversified Holdings Corp. (605), Lindberg (606), Milwaukee Valve Company (607), Plastics Engineering Company (608), Research Cottrell, Inc. (609), Ric-Wil Inc. (610), Riley Stoker Corp. (611), Rockwell Automation, Inc. (612), Rogers Corp. (613), Seco Warwick Corp. (614), Superior Boiler Works, Inc. (615), Thermo Fisher Scientific, Inc. (616), Thermwell Products Co., Inc. (617), Universal Refractories, Inc. (618), XEF, Inc., f/k/a Electric Furnace (619), Young Group LTD (620), API Heat Transfer, Inc. (623), Beazer East, Inc. (625), Daniel International Corp. (626), Fluor

Constructors International, Inc. (627), Fluor Corp. (628), Fluor Daniel Illinois, Inc. (629), Fluor Enterprises, Inc. (630), Motion Control Industries, Inc. (631), Vanderbilt Minerals, LLC (632), Whiting Corp. (633).   Although Plaintiff labeled his filings as a stipulation of dismissal pursuant to **Federal Rule of Civil Procedure 41(a)(1)(A)(ii)**, Plaintiff's stipulation is not signed by the Defendants as required by the rule.   Thus, the Court must construe Plaintiff's filing as a motion for dismissal under **Rule 41(a)(2).**   Although construed as a motion for dismissal, Plaintiff notes in his motions that the various Defendants each agree to the dismissal without prejudice.   As the parties agree to the dismissal, the Court **GRANTS** the stipulations of dismissal, which this Court construes as motions to dismiss, and **DISMISSES without prejudice** Plaintiff's claims against the above listed Defendants.

        **IT IS SO ORDERED**.
        DATED: June 19, 2014.

                                        */s/ Stephen C. Williams*
                                        STEPHEN C. WILLIAMS
                                        United States Magistrate Judge